JAMES M. DOWD (SBN 259578)
James.Dowd@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: +213 443 5300
Facsimile: +213 443 5400

ARTHUR W. COVIELLO (SBN 291226)
Arthur.Coviello@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: +650 858 6000
Facsimile: +650 858 6100

LISA J. PIROZZOLO (*pro hac vice* forthcoming)
Lisa.Pirozzolo@wilmerhale.com
JACOB TUTTLE NEWMAN (*pro hac vice* forthcoming)
Jacob.TuttleNewman@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: +1 617 526 6000
Facsimile: +1 617 526 5000

*Attorneys for Plaintiffs*
THE QT COMPANY and
THE QT COMPANY OY

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE QT COMPANY and<br>THE QT COMPANY OY<br><br>Plaintiffs,<br><br>vs.<br><br>AUTODESK, INC.<br><br>Defendant. | Case No. 3:26-cv-02925<br><br>**COMPLAINT FOR**<br>**1. BREACH OF CONTRACT**<br>**2. COPYRIGHT INFRINGEMENT**<br><br>DEMAND FOR JURY TRIAL |

Plaintiffs The Qt Company and The Qt Company Oy (collectively, "The Qt Company") hereby submit this Complaint for (1) Breach of Contract and (2) Copyright Infringement pursuant to the Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq.*, against Defendant Autodesk Inc. ("Autodesk") and allege and aver as follows:

## NATURE OF ACTION

1. This action arises out of Autodesk's breach of the parties' September 2020 software license agreement (the "License Agreement") and Autodesk's unlicensed and unauthorized copying and use of The Qt Company's copyrighted software. Autodesk's actions violate The Qt Company's dual-licensing model, which allows customers to use The Qt Company's innovative software under either a commercial license or an open-source license, provided that they do not combine work done under the two kinds of licenses in a single project.

2. The Qt Company's flagship software, Qt Framework, was originally offered under both open source and commercial terms. Consistent with that history, The Qt Company maintains a dual licensing model and makes its main software products available under both open-source and commercial licensing terms. Commercial licensees pay a fee in exchange for substantial benefits, such as access to customer support and quick bug fixes. Open-source licensees do not receive these benefits but can access The Qt Company's software for free in exchange for compliance with open-source license terms.

3. The Qt Company's dual licensing model benefits commercial users, open-source users, and the software development community worldwide. The sale of commercial licenses and services enables The Qt Company to fund continued development of its product to meet the ever-changing needs of its customers, while also offering its software on an open-source basis. While open-source licensees do not pay a fee, they contribute to product development through testing new releases and providing feedback and suggestions. In this way, commercial customers provide financial support to allow Qt's in-house developers to innovate, and open-source developers further improve The Qt Company's commercial offering. The Qt Company sometimes refers to this symbiotic relationship as its "Virtuous Cycle."

4. Making the source code for The Qt Company's software available under an open-source model also provides substantial benefits to the software developer community worldwide. Software offered under open-source terms promotes collaboration and innovation, because it encourages developers to work together and learn from each other, thereby promoting greater productivity and creativity.

5. The Virtuous Cycle depends upon The Qt Company's dual licensing model, which could not function properly if commercial licensees failed to purchase the requisite number of per-seat licenses or accessed the benefits of a commercial license while purportedly using The Qt Company's free, open-source software. The Qt Company's standard commercial license thus prohibits the combination of commercial and open-source software on a single project.

6. Concerned with Autodesk's compliance with the terms of the parties' commercial License Agreement, The Qt Company [redacted]. When Autodesk did not provide [redacted]. In response, Autodesk again [redacted]. Given Autodesk's [redacted], Qt brings this Action to obtain the information and relief to which it is entitled.

**PARTIES**

7. Plaintiff The Qt Company is a Delaware corporation with its principal place of business at 3031 Tisch Way, 110 Plaza West, San Jose, California 95128.

8. Plaintiff The Qt Company Oy is a Finnish corporation with its principal place of business at Miestentie 7, 02150 Espoo, Finland.

9. Defendant Autodesk, Inc. is a California corporation with its principal place of business at One Market Street, Suite 400, San Francisco, California, 94105.

## JURISDICTION AND VENUE

10. The Qt Company's claim for copyright infringement arises under the Copyright Act of 1976, 17 U.S.C. § 101 *et seq.* Section 1338(a) vests original subject matter jurisdiction in cases related to copyrights exclusively in the United States District Courts, and this Court therefore has original subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

11. The Qt Company's claim for breach of contract arises under the laws of the State of California, and [redacted]. This Court has jurisdiction over The Qt Company's state law claim for breach of contract under 28 U.S.C. § 1367(a).

12. This Court has personal jurisdiction over Autodesk because it is headquartered in this District, has its principal place of business in this District, conducts substantial business in this District, and because a substantial portion of the acts and omissions giving rise to Plaintiff's claims occurred in this District and were purposefully directed at this District.

13. Venue is proper in this District under 28 U.S.C. §§ 1391 and 1400(a) as Autodesk resides in this District. [redacted].

## DIVISIONAL ASSIGNMENT

14. This is a dispute involving intellectual property rights, and therefore assignment to any division of the Court is proper pursuant to Civil L.R. 3-2(c) and General Order No. 44(D)(3). The Qt Company respectfully requests assignment to the San Francisco Division [redacted].

## FACTUAL ALLEGATIONS

### A. The Qt Company

15. The Qt Company offers a suite of software products that facilitate, streamline, and improve the process of software application development. Its flagship offering is a framework known as "Qt Framework" that can be used to develop software compatible with multiple

operating platforms, including Windows, Mac, Linux, Android, and iOS. The Qt Company's innovative product offerings provide software developers with tools that increase productivity at every step of the software development process.

16. The origins of Qt Framework date back to the early 1990s, when two Norwegian software developers set out to create a unique framework for developing applications that would work across multiple platforms. The original version of Qt Framework was released to the public in 1995. In 2016, The Qt Company was established to continue—and build significantly upon—the ongoing development of Qt Framework.

17. To enable the ongoing development of Qt Framework and access to it, The Qt Company offers two different licenses: a commercial license intended to facilitate use of Qt Framework for commercial purposes, and a free license for open-source development. Pursuant to this model, Qt Framework has continued to grow to address new challenges, incorporate new tools, and provide additional functionality, to meet the increasingly complex and diverse needs of the software development industry.

18. Qt Framework now provides companies and application developers with the ability to build cross-platform applications, create graphical user interfaces (GUIs), and customize software to meet unique or specific technology needs. Qt Framework includes tools that allow developers to build and structure applications, and it comes with libraries, which are modules of code that perform certain specified functions, that developers can include in their applications for distribution to customers. The Qt Company also licenses add-ons or related software products that provide additional functionality in the areas of design and quality assurance for complex software development projects.

19. The Qt Company's customers use Qt Framework to develop applications, user interfaces, and other software solutions across many different industries, including the automotive, industrial automation, aerospace, medical, and consumer electronics industries.

20. While The Qt Company has continued to invest in the development and growth of the Qt Framework, its commitment to offering the software under both commercial and open source terms has not changed. However, the two licensing options—commercial and open

source—each come with distinct rights and obligations and place different conditions on the use of Qt Framework.

***1. Commercial Qt***

21. Many of The Qt Company's customers choose to license Qt software under a commercial license. Licensing "Commercial Qt" provides substantial benefits including: (a) unrestricted access to the most up-to-date commercial-only features, functions, and libraries of Qt; (b) pre-built and pre-configured libraries or components; (c) access to customer and technical support, including the ability to request specific bug fixes or technological assistance for the customer's specific application; (d) long-term support and patches for designated versions of Commercial Qt to ensure stability and predictability; (e) a greater ability to protect and retain proprietary rights in applications developed using Qt; (f) a business relationship with The Qt Company that can lead to further collaboration and synergistic software development; and (g) assistance with regulatory compliance through specific tools and documentation, including in connection with the EU Cyber Resilience Act and accessibility regulations (e.g., the Americans with Disabilities Act).

22. In exchange for these benefits, commercial licensees pay an annual fee (typically a "per-named-developer" fee, *i.e.*, a fee based on the number of individual software developers who need licenses to use Commercial Qt) and must adhere to certain commercial terms and conditions. Among other conditions, most customers licensing Qt software under a commercial license are required to purchase and maintain an active development license assigned to each developer working with Commercial Qt.

***2. Open Source Qt***

23. In the alternative, software developers can access the Qt Framework through certain open-source licenses, including the GNU General Public License (GPL) and GNU Lesser General Public License (LGPL). Under these open-source licenses, users can access the "Qt Community Edition" of Qt Framework (also called "Open Source Qt") without paying a licensing fee.

24. Use of Qt Community Edition comes with its own set of distinct conditions, obligations, and restrictions. First, open-source developers must comply with the terms of the

applicable open-source license. The GPL license, for example, requires developers to make the full source code of their applications available under open-source terms. The LGPL license—the most common open-source option for Qt users—requires developers to contribute any modification to a Qt component back to the Qt community (and make the modifications available under open-source terms). Further, some of the features, capabilities, and tools that are available to Commercial Qt licensees are not available in Qt Community Edition (and others are available only under GPL, but not LGPL). In addition, open-source users: (a) cannot access commercial customer and technical support or request bug fixes; (b) cannot utilize certain pre-built functions and features provided in Commercial Qt; (c) typically receive updates and patches, if at all, on a timeline that lags Commercial Qt; (d) must implement updates in a more burdensome manner and without assistance from The Qt Company; (e) must ensure compliance with all terms of the open-source licenses; and (f) do not have access to the tools and documentation Qt provides to assist with regulatory compliance.

***3. Combinations Prohibited Under Qt's Dual Licensing Model***

25. A core, necessary feature of The Qt Company's dual-licensing model is an express term in its commercial licenses stating that Commercial Qt users cannot mix or combine in a single application or product (1) software or code developed using Commercial Qt with (2) software or code developed using Open Source Qt, *i.e.*, licensees cannot have software developers use Commercial Qt under a commercial license on the same application or project as software developers using Open Source Qt under a free, open-source license.

26. This prohibition protects the integrity of the dual licensing model and The Qt Company's ability to continue offering an open-source option for licensing its software. Absent the prohibition against mixing Commercial Qt and Open Source Qt in a single application, developers and companies could avoid paying commercial license fees by having most of their developers using Open Source Qt, while still obtaining most or all of the benefits of Commercial Qt—such as immediate updates, specific or targeted bug fixes, and access to commercial support—through purchasing commercial licenses for just a few developers.

27. The work The Qt Company does on behalf of its commercial customers—funded by the license fees paid by commercial customers—inures to the benefit of all users of Qt Framework, both commercial and open-source. This is because much of the work that The Qt Company's software developers, technical support staff, and customer service professionals do to meet the needs of The Qt Company's commercial customers often gets included in later versions of its open-source software. In other words, the work that The Qt Company's employees do, funded by its commercial licensing model, also allows The Qt Company to improve its open-source offering.

28. The prohibition against mixing open source and commercial Qt in a single application is an essential aspect of The Qt Company's licensing model. This prohibition is included as an express condition in The Qt Company's standard commercial license agreement, and has, at all relevant times, been set forth clearly in the information about licensing provided to customers and potential customers by The Qt Company.

**B. <u>The Relationship Between The Qt Company and Autodesk</u>**

29. Autodesk has been a customer of The Qt Company for many years and, on information and belief, has used Qt software to develop many of its products including: AutoCAD, Autodesk Alias, Autodesk Flame, Autodesk Flow Production Tracking, Autodesk Fusion, Autodesk Inventor, Autodesk Maya, Autodesk Moldflow, Autodesk ReCap, and Autodesk VRED.

30. In September 2020, The Qt Company and Autodesk entered the License Agreement, attached hereto as **Exhibit A.**[1] [redacted].

31. Pursuant to the License Agreement, [redacted]

[1] All capitalized terms [redacted].

[redacted]

32. [redacted]

33. [redacted]

34. [redacted]

35. [redacted]

---

[2] The License Agreement also provides [redacted]

[redacted]

36. [redacted]

37. [redacted]

## C. The Qt Company Seeks to Confirm Compliance with the License Agreement

38. In 2024, The Qt Company became concerned about Autodesk's [redacted] and contacted Autodesk seeking [redacted].

39. In response, Autodesk [redacted]

---

[redacted]

[redacted]. Among other things, Autodesk [redacted]. Nor did Autodesk [redacted].

40. Given Autodesk's [redacted].

41. [redacted]

42. [redacted]. In the field of software development, a "commit" refers to a record that a software developer submits when they alter or modify code in a shared repository. It functions like the record of a "save" in word processing software, or snapshot or version captured at a specific time, and is often accompanied by additional information including the identity of the individual making the changes, the changes that are being made, and the purpose for which the changes are being made. [redacted].

43. [redacted]

[redacted]

44. [redacted]

45. [redacted]

46. [redacted]

47. [redacted]

48. Autodesk [redacted] and, on April 25, 2025, informed The Qt Company [redacted].

49. [redacted]

**D. <u>Autodesk Does Not Remedy Past Conduct and Renews Licenses</u>**

50. Autodesk made no effort to remedy its past violations of the License Agreement, nor did it agree to change its conduct in any manner going forward. Nonetheless, The Qt Company has continued, in good faith, to request that Autodesk [redacted]. Autodesk has continued to [redacted].

51. Instead, in an effort to discourage The Qt Company from taking further action to protect its rights, Autodesk threatened litigation alleging—without basis—that [redacted], among other unfounded allegations.

52. In September 2025, Autodesk [redacted].[3] In connection with [redacted], The Qt Company reserved all rights, including its right to [redacted] seek all remedies for any past misconduct. It also declined Autodesk's request to [redacted].

**COUNT ONE**

**Breach of Contract**

53. The Qt Company repeats and realleges the allegations contained in paragraphs 1-52 above as if fully set forth herein.

54. The Qt Company has complied with and performed each and every one of its obligations under the License Agreement.

55. Upon information and belief, [redacted].

56. A significant number of Autodesk employees working primarily or exclusively on projects purportedly built with Open Source Qt, [redacted]

[3] [redacted]

[redacted]. Autodesk employees [redacted]. Autodesk has thus, upon information and belief, built software [redacted].

57. [redacted]

58. As a direct and proximate result of Autodesk's breaches of the License Agreement and misuse of Qt software, The Qt Company has suffered and continues to suffer substantial harm, including but not limited to lost and underpaid license fees, uncompensated use of Commercial Qt and associated support and updates, costs incurred in investigating and addressing Autodesk's noncompliance, and impairment of The Qt Company's ability to administer, monitor, and enforce its licensing model. The precise nature and amount of these damages are not fully known to The Qt Company at this time and will be determined through discovery.

**COUNT TWO**

**Copyright Infringement**

59. The Qt Company repeats and realleges the allegations contained in paragraphs 1-58 above as if fully set forth herein.

60. The Qt Company has registered the following versions of Qt software, released in the following years, with the United States Copyright Office:

| Version Number | Release Year | Registration Number |
|---|---|---|
| Qt 0.90 | 1995 | TX 9-576-341 |
| Qt 2.0 | 1999 | TX 9-576-799 |
| Qt 3.0 | 2001 | TX 9-578-618 |
| Qt 4.0 | 2005 | TX 9-578-077 |
| Qt 5.0 | 2012 | TX 9-578-628 |
| Qt 6.0 | 2020 | TX 9-578-126 |
| Qt 6.10.2 | 2025 | TX 9-578-054 |

61. The Qt Company Oy is the sole and exclusive owner of the copyright to the above-listed works.

62. For its commercial projects, Autodesk's permission to copy, load, execute, or otherwise use Qt software arises, if at all, solely under the License Agreement and is expressly conditioned on Autodesk's compliance with the License Agreement's limitations. Autodesk's breaches therefore place its conduct outside the scope of the license and render Autodesk's acts of reproduction of Qt software unauthorized and thus infringing. This is also the case for any use of a commercial license to support or benefit any of Autodesk's purportedly open-source projects.

63. Each time an employee at Autodesk accesses, uses, runs, loads, or otherwise calls upon Qt software, that act causes Qt software to be copied into their computer's random access memory ("RAM"), creating a fixed, non-transitory reproducible copy of Qt software that persists for the duration of its execution. References in this complaint to Autodesk's "use" of Qt software necessarily involve such copying, and, when a copy of Qt Software is created in a manner or for a purpose that violates an express condition of the License Agreement or is otherwise unlicensed, that copying is unauthorized and infringes upon The Qt Company's copyrights.

64. Autodesk infringed The Qt Company's copyrights each time its developers acting within the scope of their employment and [redacted] worked on a project built using Commercial Qt. Autodesk and its developers have built [redacted]. Even if such a user had obtained a copy of Qt software downloaded with an LGPL license (or a GPL license), Autodesk's projects built with Commercial Qt do not comply with open-source requirements, so such a license would not be effective. Because such use of Qt software in furtherance of projects built with Commercial Qt was unlicensed, it infringed The Qt Company's copyrights.

65. Upon information and belief, Autodesk also infringed The Qt Company's copyrights each time [redacted]. Furthermore, Autodesk [redacted] Autodesk's purportedly open-source projects, including Autodesk Fusion. Through these actions, [redacted], Autodesk users have engaged in unlicensed use of Qt software in furtherance of projects purportedly or primarily built with Open Source Qt, and Autodesk has infringed The Qt Company's copyrights.

66. During all relevant time periods up to and including the present, Autodesk has not had a license for this conduct.

67. Autodesk's acts set forth above constitute willful infringement of Plaintiff's copyrighted work in violation of the Copyright Act, 17 U.S.C. § 101 *et seq*. The Qt Company is entitled to recover from Autodesk its actual damages and/or Autodesk's unlawful profits resulting from its infringement, in amounts to be proven at trial.

68. Furthermore, because Autodesk has not ceased its infringing conduct, The Qt Company will continue to suffer harm from Autodesk's ongoing infringement of its copyrights in the absence of an injunction.

**PRAYER FOR RELIEF**

WHEREFORE, The Qt Company respectfully requests that the following relief be granted:

a. Compensatory damages for Autodesk's breaches of the License Agreement in an amount to be determined at trial;

b. Actual damages for Autodesk's copyright infringement in an amount to be determined at trial;

c. Disgorgement of Autodesk's wrongfully obtained profits resulting from Autodesk's copyright infringement, in an amount to be determined at trial;

d. Preliminary and permanent injunctive relief, as provided for in 17 U.S.C. § 502, enjoining Autodesk from engaging in further acts of infringement of The Qt Company's copyright including through (a) unlicensed use of Commercial Qt in combination with, for the benefit of, or to support projects purportedly built with Open Source Qt [redacted], and (b) unlicensed use of Commercial Qt by Autodesk employees [redacted];

e. Preliminary and permanent injunctive relief requiring Autodesk to comply with all terms of the License Agreement, [redacted];

f. A declaration, as provided for in Cal. Code Civ. P. § 1060, *et seq.* and/or 28 U.S.C. § 2201, finding that Autodesk has breached the License Agreement and/or infringed on The Qt Company's copyright through its conduct described above;

g. Attorneys' fees and costs of suit incurred herein, as required under the License Agreement and allowed under 17 U.S.C. § 505, in an amount to be determined at trial; and

h. Any and all such other relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

In accordance with Fed. R. Civ. P. 38(b) and Local Rule 3–6, Plaintiffs demand a trial by jury on all issues so triable.

Dated: April 3, 2026

By: */s/ James M. Dowd*
James M. Dowd

JAMES M. DOWD (SBN 259578)
James.Dowd@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: +213 443 5300
Facsimile: +213 443 5400

ARTHUR W. COVIELLO (SBN 291226)
Arthur.Coviello@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: +650 858 6000
Facsimile: +650 858 6100

LISA J. PIROZZOLO (*pro hac vice* forthcoming)
Lisa.Pirozzolo@wilmerhale.com
JACOB TUTTLE NEWMAN (*pro hac vice* forthcoming)
Jacob.TuttleNewman@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: +1 617 526 6000
Facsimile: +1 617 526 5000

*Attorneys for Plaintiffs*
THE QT COMPANY and
THE QT COMPANY OY